UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| BARBARA JO CLAUSSEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:16-cv-00092 |
| | ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 13), recommending the Court affirm the final decision of the Commissioner. No timely objections have been filed. After a de novo review, the Court agrees that the Administrative Law Judge's assessment of Plaintiff's credibility is supported by substantial evidence. Rogers v. Comm'r of Soc. Sec., 486 F.3d 234, 249 (6th Cir. 2007). Accordingly, the Report and Recommendation is **ADOPTED**.

Plaintiff's Motion for Judgment on the Record (Doc. No. 9) is **DENIED**. The final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE